UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| DAVID HOPPAUGH, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br>v.<br><br>K12 INC., RONALD J. PACKARD, and HARRY T. HAWKS,<br><br>                Defendants. | 1:12-CV-103-CMH-IDD |

## DEFENDANTS K12 INC., RONALD J. PACKARD AND HARRY T. HAWKS' MOTION TO DISMISS THE AMENDED COMPLAINT

Defendant K12 Inc. ("K12") and Individual Defendants Ronald J. Packard, and Harry T. Hawks (collectively "Defendants"), through their undersigned counsel, respectfully move to dismiss the Amended Class Action Complaint pursuant to Federal Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act ("PSLRA"), on the grounds set forth in the accompanying Memorandum in Support, which is incorporated hereto by reference.

Date: July 20, 2012

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ Michele E. Rose

Michele E. Rose (VSB# 45001)
Kevin H. Metz (*pro hac vice*)
Sarah A. Greenfield (*pro hac vice*)
555 Eleventh Street NW
Suite 1000
Washington, DC 20004-1304

Telephone: (202) 637-2200
Fax: (202) 637-2201
Email: michele.rose@lw.com
Email: kevin.metz@lw.com
Email: sarah.greenfield@lw.com

*Attorneys for Defendants K12 Inc., Ronald J. Packard and Harry T. Hawks*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of July, 2012, I will electronically file the foregoing Motion to Dismiss the Amended Complaint, Memorandum in Support of the Motion to Dismiss the Amended Complaint, Declaration of Sarah Greenfield in Support of the Motion to Dismiss the Amended Complaint, and Appendix with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all registered users.

By: /s/ Michele E. Rose

Michele E. Rose (VSB# 45001)
Kevin H. Metz (*pro hac vice*)
Sarah A. Greenfield (*pro hac vice*)
555 Eleventh Street NW
Suite 1000
Washington, DC  20004-1304
Telephone: (202) 637-2200
Fax: (202) 637-2201
Email: michele.rose@lw.com

*Attorneys for Defendants K12 Inc., Ronald J. Packard and Harry T. Hawks*