IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DAVID HOPPAUGH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:12-cv-00103 (CMH/IDD) |
| K12, INC., *et al.*, | ) ) ) |
| Defendants. | ) ) |

### ORDER

FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Plaintiff's Motion to Compel Production of Documents [Dkt. No. 85] is **GRANTED in part** and **DENIED in part**.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 30th day of November 2012.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia