**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| DAVID HOPPAUGH, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>K12 INC., RONALD J. PACKARD, and HARRY T. HAWKS,<br><br>Defendants. | Civ. A. No. 1:12-cv-00103-CMH-IDD |

**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL**
**OF PROPOSED CLASS ACTION SETTLEMENT**

Lead Plaintiff Arkansas Teacher Retirement System ("Lead Plaintiff"), on behalf of itself and all members of the proposed Class, by and through its undersigned counsel, pursuant to Federal Rule of Civil Procedure 23, hereby moves this Honorable Court for an order (a) preliminarily approving the proposed Settlement; (b) approving the proposed form of the notice of pendency of class action and proposed Settlement; (c) approving the proposed methods of disseminating notice; (d) certifying the Class; (e) appointing Lead Plaintiff as class representative for the Class; (f) setting a date for the Settlement Hearing; and (g) such other and further relief as this Court deems just and proper.  Defendants will not oppose the motion.

Lead Plaintiff is contemporaneously filing a Memorandum and accompanying Declaration of Jonathan Gardner and exhibits attached thereto, incorporated herein by reference, in support of this Motion.

Dated: March 4, 2013

**WEBSTER BOOK LLP**

By: /s/ *James J. Holt*
Steven T. Webster (VSB# 31975)
Aaron S. Book (VSB# 43868)
Brian C. Athey (VSB# 66515)
James J. Holt (VSB# 78601)
300 N. Washington St., Suite 404
Alexandria, VA  22314
Telephone: (888) 987-9991
Facsimile: (888) 987-9991

*Local Counsel for the Class*

**LABATON SUCHAROW LLP**
Jonathan Gardner
Paul J. Scarlato
Angelina Nguyen
Iona Evans
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Michele Rose (VSB# 45001)
Kevin H. Metz (*pro hac vice*)
Sarah A. Greenfield (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 11th Street NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Fax: (202) 637-2201
Email: michele.rose@lw.com
Email: kevin.metz@lw.com
Email: sarah.greenfield@lw.com

*Attorneys for Defendants K12 Inc.,*
*Ronald J. Packard, and Harry T. Hawks*

**WEBSTER BOOK LLP**

By: /s/ *James J. Holt*
Steven T. Webster (VSB# 31975)
Aaron S. Book (VSB# 43868)
Brian C. Athey (VSB# 66515)
James J. Holt (VSB# 78601)
300 N. Washington St., Suite 404
Alexandria, VA  22314
Telephone: (888) 987-9991
Facsimile: (888) 987-9991
Emails: swebster@websterbook.com
         abook@websterbook.com
         bathey@websterbook.com
         jholt@websterbook.com

*Local Counsel for the Class*