**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |  |
|---|---|---|
| DAVID HOPPAUGH, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civ. A. No. 1:12-cv-00103-CMH-IDD |
| K12 INC., RONALD J. PACKARD, and HARRY T. HAWKS, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**LEAD PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL**
**OF PROPOSED CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**

Lead Plaintiff Arkansas Teacher Retirement System ("Lead Plaintiff"), on behalf of itself and all members of the proposed Class, by and through its undersigned counsel, pursuant to Federal Rule of Civil Procedure 23, will respectfully move this Court, on July 19, 2013 at 10:00 a.m., in Courtroom 800 of the United States District Court for the Eastern District of Virginia, Albert V. Bryan U.S. Courthouse, 401 Courthouse Square, Alexandria, VA 22314, for Orders (a) granting final approval to the proposed class action Settlement; (b) approving the proposed Plan of Allocation; (c) approving the Parties' Stipulation of Partial Voluntary Dismissal with Prejudice (ECF No. 135), so-ordered by the Court on March 11, 2013 (ECF No. 139); and (d) such other and further relief as this Court deems just and proper. Defendants do not oppose the motion.

In support of the motion, Lead Plaintiff submits and files herewith a Memorandum of Law in Support of Lead Plaintiff's Unopposed Motion for Final Approval of Proposed Class Action Settlement and Plan of Allocation; and the Declaration of Jonathan Gardner in Support of

Lead Plaintiff's Unopposed Motion for Final Approval of Proposed Class Action Settlement and

Plan of Allocation and Lead Counsel's Motion for an Award of Attorneys' Fees and Payment of

Litigation Expenses, with annexed exhibits.

Dated: May 17, 2013

Respectfully submitted,

**WEBSTER BOOK LLP**

By: /s/ *James J. Holt*

Steven T. Webster (VSB# 31975)
Aaron S. Book (VSB# 43868)
James J. Holt (VSB# 78601)
300 N. Washington St., Suite 404
Alexandria, VA  22314
Telephone: (888) 987-9991
Facsimile: (888) 987-9991

*Local Counsel for the Class*

**LABATON SUCHAROW LLP**
Jonathan Gardner
Paul J. Scarlato
Angelina Nguyen
Iona Evans
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of May, 2013, I will electronically file the foregoing

with the Clerk of Court using the CM/ECF system, which will then send a notification of such

filing (NEF) to the following:

Michele Rose (VSB# 45001)
Kevin H. Metz (*pro hac vice*)
Sarah A. Greenfield (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 11th Street NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Fax: (202) 637-2201
Email: michele.rose@lw.com
Email: kevin.metz@lw.com
Email: sarah.greenfield@lw.com

*Attorneys for Defendants K12 Inc.,*
*Ronald J. Packard, and Harry T. Hawks*

**WEBSTER BOOK LLP**

By:  /s/ *James J. Holt*

Steven T. Webster (VSB# 31975)
Aaron S. Book (VSB# 43868)
James J. Holt (VSB# 78601)
300 N. Washington St., Suite 404
Alexandria, VA  22314
Telephone: (888) 987-9991
Facsimile: (888) 987-9991
Emails: swebster@websterbook.com
        abook@websterbook.com
        bathey@websterbook.com
        jholt@websterbook.com

*Local Counsel for the Class*