UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION
_____

DAVID HOPPAUGH,                    )
Individually and On Behalf         )
of All Others Similarly            ) Case No. 1:12-cv-103
Situated,                          ) Alexandria, Virginia
                                   )
         Plaintiff,                ) July 19, 2013
                                   ) 10:35 a.m.
         v.                        )
                                   )
K12, INC., *et al.*,               )
                                   )
         Defendants.               )
_____


TRANSCRIPT OF HEARING

BEFORE THE HONORABLE CLAUDE M. HILTON

UNITED STATES DISTRICT JUDGE




<u>APPEARANCES</u>:

  For the Plaintiff:      James J. Holt, Esq.
                          Nicole M. Zeiss, Esq.
                          Jonathan Gardner, Esq.
                          Francis P. McConville, Esq.
                          Eugene J. Benick, Esq.

  For the Defendants:     Kevin H. Metz, Esq.
                          Timilin K. Sanders, Esq.

  Court Reporter:         Tracy L. Westfall, RPR, CMRS, CCR

Proceedings reported by machine shorthand, transcript produced
by computer-aided transcription.

1                    P R O C E E D I N G S

2          THE CLERK:  Civil action 2012-103, *David Hoppaugh v.*

3  *K12, Incorporated, et al.*

4          MR. HOLT:  Good morning, Judge.  James Holt, local

5  counsel for the plaintiffs.

6          MS. ZEISS:  Good morning, Your Honor.  Nicole Zeiss

7  from Labaton Sucharow, class counsel for the class and lead

8  plaintiff, Arkansas Teacher.

9          MR. GARDNER:  Good morning, Your Honor.  Jonathan

10  Gardner from Labaton Sucharow for the class as well.

11          MR. MCCONVILLE:  Good morning, Your Honor.  Francis

12  McConville for non-lead counsel.

13          MR. BENICK:  Good morning, Your Honor.  Eugene Benick

14  from Finkelstein Thompson for non-lead counsel.

15          MR. METZ:  Good morning, Your Honor.  Kevin Metz of

16  Latham & Watkins for the defendants.

17          MS. SANDERS:  Good morning, Your Honor.  Timilin

18  Sanders for the defendants.

19          THE COURT:  All right.  We're on for me to approve a

20  final settlement; is that correct?

21          MS. ZEISS:  Yes, Your Honor.  Nicole Zeiss, Labaton

22  Sucharow.

23          We're pleased to be here today to present for final

24  approval of the settlement of this class action for

25  $6.75 million for the benefit of investors in K12 common stock.

1          The settlement provides for substantial and immediate

2     recovery and completely resolves the action.  We're also pleased

3     that we've had absolutely no objections or opt-out requests.  We

4     essentially are seeking three types of relief today.

5          Final approval of the settlement, and we have submitted

6     a final order and judgment that's been negotiated by the parties

7     for Your Honor to sign.  One part of that judgment is final

8     approval of the stipulation of voluntary dismissal that Your

9     Honor previously so ordered.  But now that we're past the period

10    of notifying the class, it's the time to finally approve it.

11         We're also seeking approval of the plan of allocation.

12    And we've submitted an order -- an order to the Court to do

13    that.  That's the way that the settlement will be distributed

14    among eligible claimants.

15         And we are seeking an award of attorneys' fees of

16    25 percent of the settlement fund and litigation expenses of

17    about $500,000.

18         Again, no one is has objected or sought to opt out of

19    the settlement.  We're also opposing the fee request of Faruqi,

20    non-lead counsel in the action.  I'm happy to answer some

21    questions if the Court has any.

22         THE COURT:  I don't think I have any questions.

23         Nobody has any objection to this.  The only objection

24    is the objection you have to the fees requested by the

25    initial --

1        MS. ZEISS:  That's right, Your Honor.

2        THE COURT:  -- plan.  I'll take one further look.  I've

3   looked at this a little bit.  I'll take one further look as to

4   those fees.  I'm inclined to think that those may be reasonable

5   as well.  Let me take a look and see, give it one more look

6   before I put my name on it.  All right.

7        MS. ZEISS:  Thank you.

8        THE COURT:  I'll try to do that for you -- I'll do it

9   the first of the week.  As you heard, I've got a case to try on

10  Monday.  So to tell you I'll get it done Monday, I'm not real

11  sure, but I'll do my best to get it Monday or Tuesday.

12       MS. ZEISS:  Thank you, Your Honor.

13       MR. GARDNER:  I just want to clarify what I heard to

14  make sure I understand.  When you say that you're going to take

15  another look at the fee request, you're talking about lead

16  counsel's fee request?

17       THE COURT:  No.  I have no problem with that.

18       I'm going to take one more look at that objection.  I

19  saw your objection.  I took a brief look at it.  As I say, I'm

20  inclined to think that that ought to be awarded.  But I'll take

21  a second look at it before I --

22       MR. GARDNER:  Would you like to hear argument on it

23  because there were some things in the reply that we didn't get

24  an opportunity to respond to?

25       THE COURT:  I don't think that's necessary.  I've heard

1    a lot of argument this morning.  I don't think I need any more

2    in a fee case.

3         MR. GARDNER:  The only -- let me -- if there were one

4    point I would make, it would be if you're inclined to award any

5    fees to non-plead plaintiff, we would ask that they be in the

6    same proportion multiplier to lead counsel's fees.

7         We're asking for only .21 on the multiplier of the time

8    we put in, and that should apply to any fee request from any

9    counsel.  Thank you, Your Honor.

10        MR. MCCONVILLE:  Your Honor, if I may respond to that.

11        THE COURT:  All right.

12        MR. MCCONVILLE:  My name is Francis McConville from

13   Faruqi & Faruqi.

14        I'd just like to respond to the suggestion that we be

15   bound to the same multiplier as lead counsel.  We obviously

16   didn't litigate the case once the lead plaintiff was appointed,

17   and thereafter we weren't putting forward the same amount of

18   hours that they did.

19        I think it would be totally reasonable to request a fee

20   that was exactly the lodestar amount that we put forward as the

21   reasonable amount.  This has been reflected in the case law in

22   the past, and we believe that it's a reasonable amount.  We

23   would have -- we would hope that the Court would approve that as

24   well.  Thank you.

25        THE COURT:  All right.  I'll take a look at it.

1           MR. METZ:  Your Honor, Kevin Metz for the defendants.

2           Just to clarify.  Are you going to wait until next week

3    to enter the final order on the judgment as well?

4           THE COURT:  Well, that was my inclination.  Is it

5    really important that I do it today?

6           MR. METZ:  It's not.  I just was hoping I could advise

7    my client of the timing.

8           THE COURT:  What I plan to do is just enter all of them

9    at one time.

10          MR. METZ:  So early next week?

11          THE COURT:  Yes.

12          MR. METZ:  Thank you, Your Honor.

13          THE COURT:  All right.  Thank you.

14          * * *

15          (Proceedings concluded at 10:41 a.m.)

16

17

18

19

20

21

22

23

24

25

1                            <u>CERTIFICATION</u>

2

3          I certify, this 4th day of December 2014, that the

4    foregoing is a correct transcript from the record of proceedings

5    in the above-entitled matter to the best of my ability.

6

7                                /s/
                     _____
8                     Tracy Westfall, RPR, CMRS, CCR

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25